ULLMAN, FURHMAN & PLATT, P.C.
Attorneys for Plaintiffs John E. Rudder, Jr., Joseph F. Ackerman, III and Terry Hanson
89 Headquarters Plaza
North Tower, Twelfth Floor
Morristown, New Jersey 07960
(973) 993-1744
Facsimile: (973) 993-1748
E-Mail: ullman@ufplaw.com

RECEIVED
JUN 10 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN E. RUDDER, Jr., individually, and derivatively on behalf of Nominal Defendant, COMPREHENSIVE MARKETING, INC., MICHAEL AMES, JOSEPH F. ACKERMAN, III and TERRY HANSON,<br><br>Plaintiffs,<br><br>—vs—<br><br>JAMES BLAZEWICZ and BETTY BLAZEWICZ,<br><br>Defendants. | Civil Action No. 06–5711(AET)<br><br>**CIVIL ACTION**<br><br>**ORDER STAYING ACTION** |

**THIS MATTER,** having been opened at the request of the Court, upon notice to the Court that plaintiff, John E. Rudder, Jr., filed a voluntary petition under Chapter 7 of the Bankruptcy Laws of the United States, in the United States Bankruptcy Court for the District of New Jersey, on or about March 28, 2008, under docket number 08–15452 (MBK), and upon further notice to the Court that defendant, James Blazewicz, filed a voluntary petition under Chapter 7 of the Bankruptcy Laws of the United States, in the United States Bankruptcy Court for the Eastern District of Pennsylvania, on or about April 3, 2008, under docket number 08–12236 (ELF), and the within action being subject to the automatic stay provisions of 11 U.S.C. §362,

IT IS, on this 9th day of June, 2008

**ORDERED**, that further proceedings in this action be, and the same hereby are,

stayed, pending further order of the Court.

Administratively dismissed
without prejudice.

_____
Anne E. Thompson
United States ~~Magistrate~~ Judge
District